1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11
12

**EDDIE L. YOUNG,**

C 11-1083 SBA

13

Plaintiff,

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO CHANGE
TIME TO FILE A DISPOSITIVE
MOTION**

14
15

**v.**

16

**C. J. CHAPMAN, et al.,**

17

Defendants.

18

    Defendants have requested to change the time in which to file a dispositive motion, up to

19

and including October 15, 2014.  The Court, having considered Defendants' request, and good

20

cause having been found:

21

    **IT IS ORDERED** that Defendants' request to change time in which to file a dispositive

22

motion, up to and including October 15, 2014, is GRANTED.  Plaintiff must file and serve on

23

Defendants' counsel his opposition to the dispositive motion no later than Wednesday, November

24

12, 2014.  Defendants may file and serve a reply brief no later than November 26, 2014.

25
26
27

Dated:____8/5/2014_____

_____
The Honorable Saundra B. Armstrong

28

1