IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

    Plaintiff,

v.

C. J. CHAPMAN, et al.,

    Defendants.

No. C 11-1083 SBA (PR)

**ORDER**

The Order filed on August 13, 2014 (Dkt. 118) was issued in error and shall be STRICKEN from the record. Since Defendant Mayo-Clines has been served and has appeared, Plaintiff's request for an extension of time to serve Mayo-Clines (Dkt. 117) is DENIED as moot.

IT IS SO ORDERED.

DATED: 8/14/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.11\Young1083.VACATEgrantEOT-proofSERVICE-MaloClines.wpd