1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      OAKLAND DIVISION
11

| | |
|---|---|
| **EDDIE L. YOUNG,** | C 11-1083 SBA |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| **v.** | |
| **C. J. CHAPMAN, et al.,** | |
| Defendants. | |

Defendants have filed a second request to change the time in which to file a dispositive motion, up to and including December 15, 2014.  The Court, having considered Defendants' request, and good cause having been found:

**IT IS ORDERED** that Defendants' second request to change time in which to file a dispositive motion, up to and including December 15, 2014, is GRANTED.  Plaintiff must file and serve on Defendants' counsel his opposition to the dispositive motion no later than Thursday, January 15, 2015.  Defendants shall file and serve a reply brief no later than January 29, 2015. Absent exigent circumstances, no further extensions of time will be granted to Defendants.

Dated:    October 10, 2014

_Saundra B. Armstrong_
The Honorable Saundra B. Armstrong

P:\PRO-SE\SBA\CR.11\Young1083.2nd-grantEOT.doc

1