UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDIE L. YOUNG,,<br><br>    Plaintiff,<br><br>v.<br><br>C. J. CHAPMAN, et al.,<br><br>    Defendants. | Case No. 11-cv-01083-SBA (PR)<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT; AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

Having determined that it would be beneficial to have counsel assist Plaintiff in this matter, and good and just cause appearing, the Court hereby REFERS the action to the Federal Pro Bono Project ("Project") to secure pro bono counsel to represent Plaintiff in this action, in the manner set forth below:

(1) The Clerk of the Court shall forward the Referral Order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division. The scope of this referral shall be for:

    X   <u>all purposes</u> for the duration of the case

    ☐   the <u>limited purpose</u> of representing the litigant in the course of

        ☐   mediation

        ☐   early neutral evaluation

        ☐   settlement conference

        ☐   briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

        _____

        ☐   discovery as follows:

        _____

        ☐   other:

        _____

(2) Upon being notified by the Project that an attorney has been located to

represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for the scope of representation described above.

(3)     The instant action is temporarily STAYED and administratively closed until the Court is informed by the Project that counsel has been secured and appointed by the Court.  Upon the appointment of counsel, the action will be reopened, the case will continue to be stayed until **four (4) weeks** from the date an attorney is appointed to represent Plaintiff, and a Case Management Conference will be scheduled.

IT IS SO ORDERED.

Dated:  5/13/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\CR.11\Young1083.ReferFPBP.docx