UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDDIE L. YOUNG,<br>        Plaintiff,<br>  v.<br>C. J. CHAPMAN, et al.,<br>        Defendants. | Case No. 11-cv-01083-SBA (PR)<br><br>**ORDER APPOINTING COUNSEL; REOPENING ACTION; AND SETTING CASE MANAGEMENT CONFERENCE** |

Having determined that it would be beneficial to have counsel assist Plaintiff in this matter and having located volunteer counsel willing to represent Plaintiff, the Court orders as follows:

(1) **Courtland Reichman, Esq. (SBN 268873), Bahrad Sokhansanj, Esq. (SBN 285185) and Joachim Steinberg, Esq. (SBN 298066)** of McKool Smith Hennigan, P.C. are appointed as counsel for Plaintiff in this matter, pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this referral shall be for:

    X    <u>all purposes</u> for the duration of the case

    ☐    the <u>limited purpose</u> of representing the litigant in the course of

            ☐    mediation

            ☐    early neutral evaluation

            ☐    settlement conference

            ☐    briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

            _____

            ☐    discovery as follows:

            _____

            ☐    other:

            _____

(2) The Clerk of the Court shall REOPEN this action, which had previously been administratively closed pending appointment of counsel.

(3) All further proceedings will be stayed for **four (4) weeks** from the date of this Order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

(4) The parties shall appear for a telephonic Case Management Conference on **Wednesday, October 5, 2016 at 2:30 p.m.**

(5) At least **seven (7) calendar** days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement in accordance with Civil Local Rule 16-9.

(6) Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

(7) The Clerk shall send a copy of this Order to Attorneys Reichman, Sokhansanj and Steinberg at **McKool Smith Hennigan, P.C., 255 Shoreline Drive #510, Redwood Shores, CA 94065.** The Clerk shall also send a copy of this Order to Plaintiff and Defendants' counsel.

IT IS SO ORDERED.

Dated: 7/15/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\CR.11\Young1083.AppointAtty&SetCMC.docx