UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDDIE L. YOUNG,

        Plaintiff,

   v.

C. J. CHAPMAN, et al.,

        Defendants.

Case No. 11-cv-01083-SBA (RMI)

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of EDDIE L. YOUNG, CDCR No. H-72370, presently in custody at High Desert State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: January 28, 2019

ROBERT M. ILLMAN
United States Magistrate Judge

TO: Warden, High Desert State Prison

GREETINGS

WE COMMAND that you have and produce the body of EDDIE L. YOUNG, CDCR No. H-72370, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 10:00 a.m. on April 23, 2019, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Young v. Chapman, et al, and

at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court.

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 28, 2019

SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: January 28, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge

