UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDDIE L. YOUNG,

        Plaintiff,

   v.

C. J. CHAPMAN, et al.,

        Defendants.

Case No.  11-cv-01083-SBA   (RMI)

**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on April 23, 2019, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

      ( X )  Plaintiff, Eddie Chapman, Pro Se

      (  )  Warden or warden's representative

      ( X )  Office of the California Attorney General, Robert Wayne Henkels, Heewon Heidi Seo, and Le-Mei Dam

      (  ) Other:

    (2) The following individuals, parties, and/or representatives did not appear:

    _____

    (3)  The outcome of the proceeding was:

      (  ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

      (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

attached remain for this Court to resolve.

( X )  The parties are unable to reach an agreement at this time.  Parties had discussions post-settlement conference but were unsuccessful and requested the matter be sent back to the presiding judge.

**IT IS SO ORDERED.**

Dated: May 17, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 EDDIE L. YOUNG,                                    Case No.  11-cv-01083-SBA   (RMI)

        Plaintiff,
8
                                                   **CERTIFICATE OF SERVICE**
9      v.

10 C. J. CHAPMAN, et al.,

        Defendants.
11

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

13 District Court, Northern District of California.

14          That on May 17, 2019, I SERVED a true and correct copy(ies) of the attached, by placing

15 said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

16 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

17 receptacle located in the Clerk's office.

18

19 Eddie L. Young ID: H-72370
   California State Prison - Sacramento
20 P.O. Box 290066
   Represa, CA 95671
21

22
   Dated: May 17, 2019
23

24                                                 Susan Y. Soong
                                                   Clerk, United States District Court
25

26                                                 By:_ _____
27                                                 Gloria Knudson, Deputy Clerk to the
                                                   Honorable ROBERT M. ILLMAN
28